CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 1 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

WILLIAM A. JASPER,                    )
A.K.A. EDWARD A. JASPER,              )
    Plaintiff,                        )     Civil Action No. 7:08cv00280
                                      )
v.                                    )     **FINAL ORDER**
                                      )
TRACY S. RAY, et al.,                 )     By: Hon. Glen E. Conrad
    Defendants.                       )     United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the plaintiff's complaint shall be **DISMISSED** without prejudice pursuant to 28 U.S.C.

§ 1915(g); plaintiff's motion to proceed in forma pauperis is **DENIED**; any other pending motions

are **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying

memorandum opinion to plaintiff.

**ENTER**: This ___11th___ day of April, 2008.

                                                     _____
                                                    United States District Judge